# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**    October 6, 2016
**TIME:**    10:45 to 10:55 (10 Mins.)

**DOCKET:**  15-CV-1541 (LDW)(ARL)
**TITLE:**   Umana v. The Pastry House, Inc., et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Eliot F. Bloom, Esq.**

- Defendant(s) represented by:
  - **Justin N. Lite, Esq.**
  - **Allen B. Breslow, Esq.**

- Courtroom Deputy:  Eric L. Russo

---

✓ In camera conference held regarding attorney Eliot Bloom's temporary suspension.

✓ Plaintiff Carlos Umana present for the conference.

✓ Plaintiff advises the Court that he wishes to have Mr. Bloom remain as his attorney of record.

✓ Parties are hereby advised that jury selection is set for **June 5, 2017 at 9:30 AM** in Courtroom 940. No adjournments will be granted. Trial start date to be determined. Have witnesses ready for trial on selection date.

✓ Parties are directed to refer to Judge Wexler's pretrial/trial rules available on the court's website.

✓ Proceedings concluded.