Eliot F. Bloom
1551 Kellum Place, Second Floor
Mineola, New York 11501

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2017 ★
LONG ISLAND OFFICE

By First Class Mail

June 26, 2017

Honorable Leonard D. Wexler
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Carlos Umana v. The Pastry House, Inc., et al* 15-CV-01541

Dear Judge Wexler,

As the Court is aware, I was suspended from the practice of law by the Supreme Court of the State of New York, Appellate Division, Second Department, for a period of six (6) months commencing October 21, 2017 and ending April 21, 2017. However, the Appellate Division, Second Department, for some unknown reason has failed to act on my reinstatement motion that was submitted to the Court thirty (30) days before the suspension was to expire and without opposition from the Grievance Committee or Attorneys Fund. It appears that my motion must be sitting in a pile of motions in the Appellate Division Clerk's office. Although the Court's own rules require a decision on a motion to be made within sixty (60) days, pursuant to CPLR 2219, apparently the Appellate Division, Second Department, is not following their own rules. I have contacted the United States District Court, Eastern District of New York to vacate the suspension order issued by them. Accordingly, I would ask that your Honor set these matters down for trial on a date that is convenient to the Court.

Thank you for your attention to this matter.

Very truly yours,

Eliot F. Bloom

Cc: By First Class Mail
Allen B. Breslow, Esq.
6165 Jericho Turnpike
Commack, New York 11725